# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00046-CR

**Jason Lee Sackett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY, NO. 23-03975-2, THE HONORABLE LAURA B. BARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jason Lee Sackett, proceeding pro se, seeks to appeal a judgment of conviction for the misdemeanor offense of violation of a bond / protective order. *See* Tex. Penal Code § 25.07. The trial court has certified that (1) this is a plea-bargain case and Sackett has no right of appeal, and (2) Sackett has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed: February 22, 2024

Do Not Publish